IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN FLYNN, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Civil Action No. 07-1416 (HHK) |
| | ) |
| JANYK TILE & MARBLE, INC., | ) |
| | ) |
| Defendant. | ) |

## DECLARATION OF IRA MITZNER IN SUPPORT OF
## SERVICE OF SUMMONS AND COMPLAINT

Pursuant to 28 U.S.C. § 1746, I, **IRA R. MITZNER**, hereby declare as follows:

1. I am a partner with the firm of Dickstein Shapiro LLP and counsel to the Plaintiffs in the above-captioned case.

2. The process server hired by Plaintiffs attempted, unsuccessfully, to serve process in this action on Defendant at 3242 N Pulaski Road, Chicago, IL, 60641, the address of the registered agent and the Defendant's business address.

3. Because the process server was unable to serve process on the Defendant, an original Summons, a copy of the Complaint, a copy of the Notice of Right to Consent to Trial, and a copy of the Initial Electronic Case Filing Order in this action were served on February 7, 2008, via United Parcel Service, on the Illinois Secretary of State as agent of Defendant, Janyk Tile & Marble, Inc., pursuant to Chapter 805, Article 5, Section 5.25 of the Illinois Compiled Statutes, as evidenced by the file-stamped Affidavit of Compliance for Service on Secretary of State received from the State of Illinois attached hereto as Exhibit A.

4. In addition, a copy of the Summons, a copy of the Complaint, a copy of the Notice of Right to Consent to Trial, and a copy of the Initial Electronic Case Filing Order in this

action were served on Defendant at 3242 N. Pulaski Road, Suite 3, Chicago, ILL 60641 by Certified Mail, pursuant to Chapter 805, Article 5, Section 5.25 of the Illinois Compiled Statutes, as evidenced by the signed U.S. Postal Service Domestic Return Receipt, attached as Exhibit B.

    I declare under penalty of perjury that the foregoing is true and correct.

Date: March 12, 2008

                                              Ira R. Mitzner

# EXHIBIT A

Case 1:07-cv-01416-HHK    Document 2-2    Filed 03/12/2008    Page 1 of 2

1920270.01

Form **BCA-5.25**
(Rev. Jan. 1999)

AFFIDAVIT OF COMPLIANCE
FOR SERVICE ON
SECRETARY OF STATE

File # 6124-8579

Jesse White
Secretary of State
Department of Business Services
Springfield, IL 62756
Telephone (217) 524-6748
www.cyberdriveillinois.com

**FILED**
FEB 11 2008
JESSE WHITE
SECRETARY OF STATE

SUBMIT IN DUPLICATE

This space for use by Secretary of State

Date

Filing Fee    $10.00

Approved: РЫ

Remit payment in check or money order, payable to "Secretary of State."

1. Title of the case and number of the case:

   John Flynn et al.       first named plaintiff
            v.
   Janyk Tile & Marble, Inc.    first named defendant

   Number 07-CV-1416(HHK)

2. Name of the corporation being served: Janyk Tile & Marble, Inc.
3. Title of the court in which an action, suit or proceeding has been commenced: U.S. District Court, District of Columbia
4. Title of the instrument being served: Summons & Complaint
5. Basis for service on the Secretary of State (Check and complete appropriate box):

   a. [X] The corporation's registered agent cannot with reasonable diligence be found at the registered office of record in Illinois.

   b. [ ] The corporation has failed to appoint and maintain a registered agent in Illinois.

   c. [ ] The corporation was dissolved on _____ (Month & Day), _____ (Year); the conditions of paragraphs (a) and (b) above exist; and the action, suit or proceeding has been instituted or has affected the corporation within 5 years thereafter.

   d. [ ] The corporation's certificate of authority to transact business in Illinois has been (withdrawn)/(revoked) on _____ (Month & Day), _____ (Year).

   e. [ ] The corporation is a foreign corporation that has transacted business in Illinois without procuring a certificate of authority, contrary to the provisions of the Business Corporation Act of 1983.

6. Address to which the undersigned has caused a copy of the attached process, notice or demand to be sent by certified or registered mail: Myron Janyk, 3242 Pulaski Road, Suite 3, Chicago, IL 60641

7. The undersigned affirms, under penalties of perjury, that the facts stated herein are true.

   _____     2/7/08       2008
   Signature of Affiant         Month & Day    Year

   (202) 420-2234
   Telephone Number

**RETURN TO: PLEASE TYPE OR PRINT CLEARLY**

Ira R. Mitzner, Esq.
Dickstein Shapiro LLP
1825 Eye Street, NW
Washington, DC 20006-5403

City/Town    State    ZIP

C-213.6

# EXHIBIT B

1920270.01

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _____ ☑ Agent ☐ Addressee<br>B. Received by (Printed Name)    C. Date of Delivery<br>K-Jones                            2-26-8<br>D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No |
| 1. Article Addressed to:<br>Mr. Myron Janyk<br>Janyk Tile & Marble, Inc.<br>3242 N Pulaski Road<br>Suite 3<br>Chicago, IL 60641 | 3. Service Type<br>☑ Certified Mail   ☐ Express Mail<br>☐ Registered      ☑ Return Receipt for Merchandise<br>☐ Insured Mail    ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)    ☐ Yes |
| 2. Article Number<br>(Transfer from service label)    7007 1490 0003 5882 4851 | |

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _____ ☑ Agent ☐ Addressee<br>B. Received by (Printed Name)    C. Date of Delivery<br>K-Jones                            2-26-8<br>D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No |
| 1. Article Addressed to:<br>Mr. Myron Janyk<br>Janyk Tile & Marble, Inc.<br>3242 N Pulaski Road<br>Suite 3<br>Chicago, IL 60641 | 3. Service Type<br>☑ Certified Mail   ☐ Express Mail<br>☐ Registered      ☑ Return Receipt for Merchandise<br>☐ Insured Mail    ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)    ☐ Yes |
| 2. Article Number<br>(Transfer from service label)    7007 1490 0003 5882 4851 | |

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Declaration of Ira Mitzner in Support of Service of Summons and Complaint was served by first class mail, postage prepaid, this 12th day of March 2008, upon:

> Janyk Tile & Marble, Inc.
> 3242 N Pulaski Road, Suite 3
> Chicago, IL  60641

_____
Joanne Jackson

2408370.01