CO-538
Rev. 3/87

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

JOHN FLYNN, et al.
           Plaintiffs, )
                          )
        vs.             )    Civil Action No. 07-CV-1416 (HHK)
JANYK TILE & MARBLE, INC., )
           Defendant.   )
                          )

## AFFIDAVIT IN SUPPORT OF DEFAULT

I hereby certify under penalty of perjury, this __12th__ day of __March__, __2008__, that I am the attorney of record for the plaintiff in the above-entitled case; that the defendant(s) __JANYK TILE & MARBLE, INC. via its Agent for Service of Process, the Illinois Secretary of State__ was [were]: [personally served with process on __February 11, 2008__ ].

OR

[served via registered or certified mail pursuant to provisions of Rule 4(C)(ii) of the Superior Court of the District of Columbia on (date the return receipt was signed by addressee): _____ ].

OR

[served via First Class Mail pursuant to provisions of Rule 4(C)(ii) of the Federal Rules of Civil Procedure on (date the Acknowledgment Form was signed by addressee): _____ ].

[The authority for obtaining personal jurisdiction over the defendant served outside the District of Columbia is: __29 U.S.C. Section 1132(e)(2)__ ].

I further certify under penalty of perjury that no appearance has been entered by said defendant(s) in this case; no pleading has been filed and none served upon the attorney for the plaintiff(s); [no extension has been given and the time for filing has expired] [~~although an extension has been given, the time for filing has expired~~]; that the defendant is neither an infant nor an incompetent person.

The Clerk is requested to enter a Default against said defendant(s).

                                                            _/s/ Ira R. Mitzner_
                                                          Attorney for Plaintiff(s) [signature]
                                                          Ira R. Mitzner

                                                          Dickstein Shapiro LLP
__184564__                                           1825 Eye St., N.W., Washington, DC  20006
Bar Id. Number                          Address and Telephone Number (202) 420-2200

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Affidavit in Support of Default was served by first class mail, postage prepaid, this 12th day of March 2008, upon:

Janyk Tile & Marble, Inc.
3242 N Pulaski Road, Suite 3
Chicago, IL  60641


_____
Joanne Jackson

2408369.01