Default - Rule 55A (CO 40 Revised-DC 02/00)

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

JOHN FLYNN, et al

      Plaintiff(s)

      V.

Civil Action No. 07-1416 (HHK)

JANYK TILE & MARBLE, INC.

      Defendant(s)

RE: JANYK TILE & MARBLE, INC.

## DEFAULT

It appearing that the above-named defendant(s) failed to plead or otherwise defend this action though duly served with summons and copy of the complaint on 2/11/08 and 2/26/08, and an affidavit on behalf of the plaintiff having been filed, it is this 18th day of March, 2008 declared that defendant(s) is/are in default.

NANCY MAYER-WHITTINGTON, Clerk

By: N. Wilkens
Deputy Clerk